IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:12CR386 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO RESTRICT** |
| v. | ) | |
| | ) | |
| THOMAS JAKE PARRISH, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant intends to file an *"Unopposed Motion for Release"* which contains personal information about him and is protected from public viewing in accordance with the law.

WHEREFORE, the Defendant requests the Court grant an order allowing him to file the above-referenced document restricted pursuant to the E-Government Act.

THOMAS JAKE PARISH, Defendant,

By:   s/ David R. Stickman
      **DAVID R. STICKMAN**
      **Federal Public Defender**
      222 South 15th Street, Suite 300N
      Omaha, NE 68102
      (402) 221-7896
      Fax: (402) 221-7884
      email: david_stickman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Thomas Kangior, Assistant United States Attorney, Omaha, NE.

s/ David R. Stickman